UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

____

JOHN ALLEN ALEXANDER et al.,

        Plaintiffs,

Case No. 2:23-cv-6

v.

Honorable Maarten Vermaat

GRETCHEN WHITMER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiffs' federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiffs' state law claim premised upon violations of the Michigan Constitution is **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claim.

Dated:  March 17, 2023                /s/ *Maarten Vermaat*

                                                    Maarten Vermaat
                                                    United States Magistrate Judge